**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2436**

_____

GENET LEMA,

Plaintiff - Appellant,

v.

DELTA AIRLINES, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:20-cv-01470-AJT-IDD)

_____

Submitted:  October 13, 2022                    Decided:  October 17, 2022

_____

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Genet Lema, Appellant Pro Se.  Jocelyn Renee Cuttino, MORGAN LEWIS & BOCKIUS, LLP, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Genet Lema appeals from the district court's order granting summary judgment in favor of Delta Airlines, Inc., in Lema's employment discrimination action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Lema v. Delta Airlines, Inc.*, No. 1:20-cv-01470-AJT-IDD (E.D. Va. Nov. 19, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*